153 So.2d 774

David MERRITT

v.

J. J. GILLENTINE.

No. 46754.

June 6, 1963.

In re: David Merritt applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 151 So.2d 169.

Writ refused. On the facts found by the Court of Appeal the result is correct.

SUMMERS, J., recused.

153 So.2d 774

Jules HEBERT

v.

Edward VIGEE.

No. 46765.

June 7, 1963.

In re: Jules Hebert applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 152 So.2d 64.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.